IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| CLINTON BRINSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No. 5:21-cv-53-D |
| v. | ) | and |
| | ) | Civil Action No. 5:21-cv-54-D |
| RODGERS BUILDERS, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| CLINTON BRINSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No. 5:21-cv-55-D |
| v. | ) | and |
| | ) | Civil Action No. 5:21-cv-57-D |
| PAT RODGERS, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER CONSOLIDATING CASES

This matter is before the Court on the motion of Defendants Rodgers Builders, Inc. filed in case no. 5:21-cv-53-D (DE-8), seeking to consolidate the above-captioned cases for purposes of discovery, hearing, trial, and all ancillary matters. The Court finds that the benefits of consolidation clearly outweigh any possible prejudice to the parties or risk of confusion. In order to promote the interests of judicial economy, lessen the burden on the Court and the parties, and to prevent the risk of inconsistent adjudications on common issues of law and fact, the above-captioned cases are hereby consolidated into one case for purposes of discovery, hearing, trial, and all ancillary matters.

The parties are directed to use case no. 5:21-cv-53-D for all future filings in these matters, and all pleadings filed in the consolidated case should bear the following caption:

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Civil Action No. 5:21-cv-53-D

| | |
|---|---|
| CLINTON BRINSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| RODGERS BUILDERS, INC. and PAT RODGERS, | ) |
| | ) |
| Defendants. | ) |

IT IS SO ORDERED.

This _5_ day of March, 2021.

JAMES C. DEVER III
United States District Court

2